Authors Press, appellee, v. George F. Killinger, appellant. Gen. No. 31,449.

Suit for balance due. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge,

presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

McKinley & Price, for appellant; John H. Babb, of counsel. Sumner C. Palmer, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.